# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KELVIN NEAL WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OFFICER DAN RICHEY; OFFICER McCAMY,<br><br>　　　　Defendant(s). | No. CV 09-327-DOC (AGR)<br><br>**JUDGMENT** |

　　　　Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation,

　　　　IT IS ADJUDGED that judgment is entered dismissing this action with prejudice.

DATED: July 30, 2010

　　　　　　　　　　　　　　　　_/s/ David O. Carter_
　　　　　　　　　　　　　　　　DAVID O. CARTER
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE